1 Eric Bensamochan, Bar #255482
   The Bensamochan Law Firm
2 30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3 818-907-5866  (FAX) 818-461-5959
   ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC | ) |
| Plaintiff,       vs. | ) Case No.: 2:10-CV-02165-WDK-FMO |
| MIGUEL CHAVEZ,  et al, | ) **RENEWAL OF JUDGMENT** |
| Defendant, | ) BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant,

Miguel Chavez individually and d/b/a Mariscos El Herradero Restaurant; Paulino Pena individually and d/b/a Mariscos El Herradero Restaurant; Beatriz Chavez individually and d/b/a Mariscos El Herradero Restaurant; BMP Network Corp., an unknown business entity d/b/a Mariscos El Herradero Restaurant, entered on March 3, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 2,400.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | 2,400.00 |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | 2,400.00 |
| f. | Interest after judgment(.27%) | $ | 64.50 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ | **2,464.50** |

Dated: February 12, 2021          CLERK, by ___*Sharon HallBron*___
                                                   Deputy
                                                   Kiry A. Gray,
                                                   Clerk of U.S. District Court

Renewal of Judgment